*Bruce S. Beck,* in support of the petition.

Decided October 12, 2000

STATE OF CONNECTICUT *v.* GEORGE C. TATE

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Glenn W. Falk,* special public defender, in support of the petition.

*Jessica C. Torres-Daigle,* special deputy assistant state's attorney, in opposition.

Decided October 12, 2000

PETER STANDISH ET AL. *v.* SOTAVENTO
CORPORATION ET AL.

*Marni Smith Katz,* in support of the petition.

*Edward V. O'Hanlan,* in opposition.

Decided October 25, 2000

ANNMARIE KASLAITIS *v.* RICHARD J. KASLAITIS

*Alphonse J. Balzano, Jr.*, in support of the petition.

Decided October 25, 2000

BEN GYADU *v.* D'ADDARIO INDUSTRIES, INC., ET AL.

MCDONALD, C. J., and SULLIVAN and VERTEFEU-ILLE, Js., did not participate in the consideration or decision of this petition.

*Ben Gyadu*, pro se, in support of the petition.

Decided October 25, 2000

STATE OF CONNECTICUT *v.* DAVID HILL

*Joseph Visone*, special public defender, in support of the petition.

*Bruce R. Lockwood*, deputy assistant state's attorney, in opposition.

Decided October 25, 2000

STATE OF CONNECTICUT *v.* TERRANCE NEWTON